June 17, 2011

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042
Mr. Mark L. Kincaid
Kincaid & Horton, L.L.P.
114 West 7th Street, Suite 1100
Austin, TX 78701

RE: Case Number: 09-0941
 Court of Appeals Number: 13-07-00707-CV
 Trial Court Number: 2003-01-20-G

Style: SERVICE CORPORATION INTERNATIONAL AND SCI TEXAS FUNERAL
 SERVICES, INC., D/B/A MONT META MEMORIAL PARK
 v.
 JUANITA G. GUERRA, JULIE ANN RAMIREZ, GRACIE LITTLE AND MARY ESTHER
 MARTINEZ

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Aurora De La |
| |Garza |